409

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

**No. 61439.**—Richter Bros., Inc. v. United States, protests 250254–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items marked "A" consist of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim at 6¼ percent under the provision in paragraph 718 (b), as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52782), for herring, prepared or preserved in any manner, packed in airtight containers weighing with their contents not over 15 pounds each, without added oil or oil and other substances, was sustained. The items marked "B," stipulated to consist of sprats in oil, packed in tins, similar to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), were held dutiable, as claimed, at 15 percent under the provision in paragraph 718 (a), as modified by the General Agreement on Tariffs and Trade (T. D. 51802), supplemented by Presidential proclamation (T. D. 51954), for sardines, neither skinned nor boned, when packed in oil.

**No. 61440.**—D. Manilowitz v. United States, protest 297127–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiff was sustained.

**No. 61441.**—D. Manilowitz and Bruno Scheidt, Inc. v. United States, protests 306518–K and 305076–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.

Before the Second Division, January 7, 1958

**No. 61442.**—L. Shank & Co. and Geo. S. Bush & Co., Inc. v. United States, protest 544828–G (Portland, Oreg.).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the shipment consists of rags used chiefly for papermaking and that the rags are similar in all material respects to those the subject of Abstract 60200, the claim of the plaintiffs was sustained as to said 20 percent of the merchandise.

**No. 61443.**—Melville Boyd, Trustee for Arthur Doniger Paper Co., Inc., et al. v. United States, protests 255282–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *John J. Coates Co. et al.* v. *United States* (44 C. C. P. A. 97, C. A. D. 643), the claim of the plaintiffs was sustained.

**No. 61444.**—Chanticleer Co., Inc. v. United States, protest 295960–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of four-color prints the same in all material respects as those the subject of Abstract 60598, the claim of the plaintiff was sustained.

**No. 61445.**—Dorf International, Ltd. v. United States, protest 258035–K (New York).

Ford, Judge: By the suit listed above, plaintiff challenges the action of the collector of customs in classifying certain imported merchandise as "Household utensils n. s. p. f., c. v. copper, whether or not containing electrical heating ele-